No. 594. THE VILLAGE OF UNIVERSITY HEIGHTS AND JOHN MIGCHELBRINK, INSPECTOR OF BUILDINGS, v. THE CLEVELAND JEWISH ORPHAN HOME. November 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frederick A. Henry* for petitioners. *Messrs. Newton D. Baker* and *Robert M. Morgan* for respondent.

---

No. 595. W. FREELAND DALZELL v. STEAMSHIP "HERMES," BRUUSGAARD KIOSTERUDS DAMPSKIBS AKTIESELSKABET. November 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Chauncey I. Clark* for petitioner. *Mr. John W. Griffin* for respondent.

---

No. 598. HUSSEY TIE COMPANY v. KNICKERBOCKER INSURANCE COMPANY. November 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Samuel W. Fordyce, John H. Holliday, Thomas W. White* and *Walter R. Mayne* for petitioner. *Messrs. Wendell P. Barker, Thomas S. McPheeters* and *Henry Davis* for respondent.

---

No. 588. EDWIN C. JAMESON ET AL. v. GUARANTY TRUST COMPANY OF NEW YORK AND MERREL P. CALLAWAY, TRUSTEES, ROBERT T. SWAINE ET AL. November 28, 1927. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. Justice Brandeis took no part in the consideration or decision of the petition for certiorari in this case. *Messrs. John Lewis Smith, Robert K. Prentice* and *Irvine L. Lenroot* for petitioners. *Messrs. Silas H. Strawn, Ralph M. Shaw, H. H. Field, Paul D. Cravath, Robert T. Swaine, John W. Davis, Edwin S. Sunderland,* and *Wm. A. Stewart* for respondents.